UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STEVE GOSHA,

        Plaintiff,

    v.                      Case No. 19-C-1373

ERIE INSURANCE COMPANY,

        Defendant.

## ORDER REFERRING CASE TO MEDIATION

The final pre-trial in the above case was held on January 14, 2021 and the court issued preliminary rulings on pending motions in limine. Counsel filed a letter request to remove the scheduled jury trial from the court calendar and notified the court that the parties are prepared to attempt mediation. The parties have scheduled mediation on March 17, 2021, before an agreed-upon private mediator.

Therefore, with the full agreement of the parties, the scheduled jury trial is removed from the calendar to allow the parties to attempt settlement. Counsel shall, within 10 days of the scheduled date, notify the court of the results of the mediation attempt and, if unsuccessful, the case will be scheduled for a telephone status conference to reschedule the trial.

Dated at Green Bay, Wisconsin this 19th day of January, 2021.

                                        s/ William C. Griesbach
                                        William C. Griesbach
                                        United States District Judge